## MIDLAND ACCEPTANCE CORP v SAUNDERS

Ohio Appeals, 1st Dist, Hamilton Co

Decided Jan 14, 1935

560

Donald R. Calhoun, Cincinnati, for plaintiff in error.

Little & Little, Cincinnati, and Robert M. Hair, Cincinnati, for defendant in error.

For full opinion see 3 OO 455; 50 Oh Ap 123.